UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JIMMY ISAAC**                                                                                    **CRIMINAL ACTION**

**VERSUS**                                                                                                     **NO. 09-391**

**UNITED STATES OF AMERICA**                                                        **SECTION "K"**

### ORDER AND REASONS

Jimmy Isaac filed a Motion for Credit for Time Served (Doc. 880) in which he alleged that the court sentence him to a concurrent sentence for which he is not being given credit. He maintains that he has not been given credit for approximately 18 months. He argues that the Court sentenced him to served 120 months and that the Bureau of Prisons is making him serve 18 months more than that. He asks that the Court "award the time as jail time credit" or reduce his sentence as constituting a clerical error under Fed. R. Crim. Proc. 36.

The Court has reviewed in detail the record and finds no merit in this motion. First, Jimmy Isaac was sentenced on September 15, 2010, to 180 months which consisted of 120 months as to Count 1 and 60 months as to Count 2 of the Superseding Bill of Information to be served **consecutively** to Count 1 of the Superseding Bill of Information. As it stands now, while his "raw" Effective Full Term date is September 14, 2025, his present release date is slated to be October 12, 2023. Thus, he has obviously received credit of some kind.

Moreover, credit is not given for any time spent in non-federal pre-sentence custody prior to the day of the statutory release date ("SRA") offense. If the release from the non-federal sentence occurs prior to the commencement of the federal sentence, then any non-federal pre-sentence time awarded on the state sentence is not applied to the federal sentence. As such, the

Court finds that the calculation as determined by the Bureau of Prisons is correct. Accordingly,

**IT IS ORDERED** that the Motion for Credit for Time Served (Doc. 880) is **DENIED**.

New Orleans, Louisiana, this 5th day of August, 2015.

_____
STANWOOD R. DUVAL, JR.
**UNITED STATES DISTRICT COURT JUDGE**
